**John E. GOODMAN, Appellant**

v.

**UNITY TOWNSHIP, PA.**

**(Amended per Clerk's Order of 11/1/06)**

No. 06–4174.

United States Court of Appeals, Third Circuit.

Argued: Oct. 3, 2007.

Filed: Oct. 16, 2007.

Michael J. Lorence, Jr. Esq. (Argued), Pittsburgh, PA, for Appellant.

Donna J. Geary, Esq. (Argued), Martin J. Saunders, Esq., Jackson Lewis LLP, Pittsburgh, PA, for Appellee.

Before: McKEE, BARRY, and FISHER, Circuit Judges.

## OPINION

BARRY, Circuit Judge.

Appellant appeals from the August 21, 2006 order of the United States District Court denying his motion for a new trial. We have reviewed the submissions of the parties as to that part of appellant's motion for a new trial that he has raised on appeal, and have heard oral argument. We are satisfied that the order of the District Court should be affirmed.